IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| **JOHN WATKINS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 2:07-CV-0152-RWS |
| v. | § | |
| | § | |
| **VESTIL MANUFACTURING CORP.,** | § | |
| | § | |
| Defendant. | § | |

### DEFENDANT'S NOTICE OF DISCLOSURE OF NATHAN T. DORRIS, PH.D., C.P.E.

COMES NOW, Vestil Manufacturing Corp., defendant in the above-styled civil action and discloses Nathan T. Dorris, Ph.D., C.P.E. as an expert witness in the above-styled case. His Rule 26 Report has been served upon plaintiff.

This 23rd day of October, 2008.

SEACREST, KARESH, TATE & BICKNESE, LLP

/s/ Gary L. Seacrest
Gary L. Seacrest
Georgia Bar No. 632900
Karsten Bicknese
Georgia Bar No. 056826
*Attorneys for Defendant*

56 Perimeter Center East
Suite 450
Atlanta, GA  30346
PH:  (770) 804-1800

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served opposing counsel with the foregoing by placing an exact copy of the same in the United States Mail with adequate postage affixed thereon, and by filing electronically with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

> Michael Warshauer, Esq.
> Warshauer, Poe & Thornton, P.C.
> 3350 Riverwood Pkwy.
> Atlanta, GA   30339

This 23rd day of October, 2008.

> /s/ Gary L. Seacrest
> Gary L. Seacrest
> Georgia Bar No. 632900

SEACREST, KARESH, TATE & BICKNESE, LLP
56 Perimeter Center East
Suite 450
Atlanta, GA  30346
PH:  (770) 804-1800
FX:  (770) 804-1400
EM:  sktbgary@bellsouth.net
     Bicknese@aol.com